# BARCLAY DAMON LLP

**Michael G. Caldwell**
*Partner*

May 27, 2020

**BY HAND DELIVERY**

Clerk's Office
Richard C. Lee U.S. Courthouse
U.S. District Court
141 Church Street
New Haven, CT  06510

     Re:    Registration of Judgment

Dear Sir or Madam:

     I represent Universitas Education, LLC and write on its behalf.

     Enclosed please find a cover document, a certified copy of a judgment issued by the United States District Court for the Southern District of New York, and a check for $ 47.00 for the registration fee. Please register the judgment in the District of Connecticut. I spoke to staff members and I believe this is all that is necessary. However, if there is something else I should do to complete the registration, please contact me at mcaldwell@barclaydamon.com or (203) 361-6609. A member of the Clerk's Office staff also told me that the presence of another court's ribbon at the top of the pages won't be a problem, but please tell me if it is.

     Thank you for your help.

                                               Very truly yours,

                                               /s/_____
                                               Mike Caldwell, ct26561

3 enclosures

## REGISTRATION OF FOREIGN JUDGMENT

On behalf of Universitas Education, LLC, I hereby submit, for registration in the U.S. District Court for the District of Connecticut, a judgment issued by the U.S. District Court for the Southern District of New York on August 12, 2014, in the matter *Universitas Education, LLC v. Nova Group, Inc.*, Doc. 1:11-cv-01590 (LTS) (HBP). I submit therewith the certification of that judgment by the Clerk of the Southern District of New York and the filing fee. Please notify me when the registration has occurred at the contact information below.

                                                 /s/
                                      Michael G. Caldwell (juris no. ct26561)
                                      Barclay Damon, LLP
                                      545 Long Wharf Drive, 9th Floor
                                      New Haven, CT 06511
                                      Tel.: (203) 361-6609
                                      Fax.: (203) 654-3271
                                      em mcaldwell@barclaydamon.com
                                      Indiv. Juris no. 301487

**FILED**

**NOV 0 7 2014**

CARMELITA REI~~ER~~ SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____W_____, DEPUTY

UNITED STATES DISTRICT COURT
for the
Southern District of New York

Universitas Education, LLC
  *Plaintiff*
  V.                              Civil Action No. 11 Civ. 1590   14-FJ-5-HE
Nova Group Inc.
  *Defendant*

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on (date) 08/12/2014

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and appeals have been filed and are still pending. Clerk's certification is issued as per judge's order dated 11/5/2014, Doc #493.

Date: 11/05/2014

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

3:20 mc 39 (TOF)

NY1307510.1
214560-10001

Case 1:11-cv-01590-LTS-HBP   Document 475   Filed 08/12/14   Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNIVERSITAS EDUCATION, LLC,

                         Petitioner,

-against-

NOVA GROUP, INC.,

                         Respondent.
------------------------------------------------------------X

USDC SDNY
DOCUMENT  475
ELECTRONICALLY FILED 08/12/2014

11 **CIVIL** 1590 (LTS) (HBP)
11 **CIVIL** 8726 (LTS) (HBP)

**JUDGMENT**

       Whereas following entry of judgment in its favor in the above captioned-actions, Universitas Education, LLC ("Petitioner") having moved seeking, pursuant to New York Civil Practice Law and Rules ("C.P.L.R.") section 5225(b) and Federal Rules of Civil Procedure 69, the turnover of assets by respondent Daniel E. Carpenter and his affiliated entities Grist Mill Capital, LLC, Grist Mill Holdings, LLC, the Grist Mill Trust Welfare Benefit Plan, Avon Capital, LLC, Hanover Trust Company, Carpenter Financial Group and Phoenix Capital Management, LLC (with Carpenter, the "Turnover Respondents"), as well as permanent injunctive relief barring the transfer by the Turnover Respondents of money and assets, including certain specified insurance policies, until Petitioner's judgment against Nova Group, Inc., has been satisfied (Docket entry no. 308 in case number 11 Civ. 1590); Mr. Carpenter and certain third parties having moved to modify the temporary injunction to allow transactions between themselves and certain of the Turnover Respondents (See docket entry nos. 409, 412, and 448 in 11 Civ. 1590), and the matter having come before the Honorable Laura Taylor Swain, United States District Judge, and the Court, on August 7, 2014, having rendered its Memorandum Opinion and Order granting Petitioner's turnover motion, granting Petitioner money judgments as follows: against Daniel E. Carpenter in the amount of $30,600,000.00; against Grist Mill Capital, LLC, in the amount of $30,600,000.00; against Grist Mill Holdings, LLC, in the amount of $21,000,000.00; against Carpenter Financial Group, in the amount of $ 11,140,000.00;

Case 3:20-mc-00039-TOF   Document 1   Filed 05/27/20   Page 5 of 9
Case 5:14-fj-00005-HE   Document 1-1   Filed 11/07/14   Page 2 of 3

Case 1:11-cv-01590-LTS-HBP   Document 475   Filed 08/12/14   Page 2 of 3

against Avon Capital, LLC, in the amount of $6,710,065.92; against Phoenix Capital Management, LLC, in the amount of $5,000,000.00; against Grist Mill Trust Welfare Benefit Plan, and any trustees and plan sponsors thereto insofar as they hold Grist Mill Trust assets, in the amount of $4,487,007.81; and against Hanover Trust Company, in the amount of $1,200,000.00; directing the Clerk of the Court to enter judgment against the Turnover Respondents accordingly; Liability under the judgment is joint and severally; denying as moot Petitioner's request for permanent injunctive relief; denying each of the third-party motions to modify the preliminary injunction, docket entry numbers 409, 412, and 448 in 11 Civ. 1590, as the primary injunction is hereby terminated pursuant to the provisions of the January Order, because Petitioner's motion for turnover has been resolved, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 7, 2014, Petitioner's turnover motion is granted; Petitioner is hereby granted money judgments against the Turnover Respondents as follows: against Daniel E. Carpenter in the amount of $30,600,000.00; against Grist Mill Capital, LLC, in the amount of $30,600,000.00; against Grist Mill Holdings, LLC, in the amount of $21,000,000.00; against Carpenter Financial Group, in the amount of $11,140,000.00; against Avon Capital, LLC, in the amount of $6,710,065.92; against Phoenix Capital Management, LLC, in the amount of $5,000,000.00; against Grist Mill Trust Welfare Benefit Plan, and any trustees and plan sponsors thereto insofar as they hold Grist Mill Trust assets, in the amount of $4,487,007.81; and against Hanover Trust Company, in the amount of $1,200,000.00; liability under the judgments is jointly and severally; Petitioner's request for permanent injunctive and other equitable relief are denied; each of the third-party motions to modify the preliminary injunction, docket numbers 409, 412, and 448 in 11 Civ. 1590 are denied as moot, as the preliminary injunction is hereby terminated pursuant

Case 1:11-cv-01590-LTS-HBP   Document 475   Filed 08/12/14   Page 3 of 3

to the provisions of the January Order, because Petitioner's motion for turnover has been resolved.

Dated: New York, New York
       August 12, 2014                              RUBY J. KRAJICK

BY:    *Clerk of Court*
      K. Mango
      *Deputy Clerk*

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK

*[signature]*
Deputy Clerk

Case 3:20-mc-00039-TOF   Document 1   Filed 05/27/20   Page 7 of 9
Case 5:14-fj-00005-HE   Document 1-2   Filed 11/07/14   Page 1 of 2
Case 1:11-cv-01590-LTS-HBP   Document 493   Filed 11/05/14   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNIVERSITAS EDUCATION, LLC,

    Petitioner,

  -v-

NOVA GROUP, INC.,

    Respondent.

-------------------------------------------------------x

NOVA GROUP, INC.,

    Petitioner,

  -v-

UNIVERSITAS EDUCATION, LLC,

    Respondent.

-------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 05 2014
```

No. 11 Civ. 1590 (LTS)(HBP)

No. 11 Civ. 8726 (LTS)(HBP)

## ORDER

Universitas Education, LLC ("Universitas") moved on September 25, 2014, to register the judgment entered on August 15, 2014 in other judicial districts pursuant to 28 U.S.C. § 1963. (Docket entry no. 485.)[1] No opposition to this motion was filed. For substantially the reasons stated in Universitas' memorandum in support of its motion (docket entry no. 496), and supported by the September 25, 2014 Declaration of Michael Barnett (docket entry no. 487), the motion is granted.

---

[1] Docket entry numbers in this Order refer exclusively to those in case number 11 Civ. 1590.

Case 3:20-mc-00039-TOF   Document 1   Filed 05/27/20   Page 8 of 9
Case 5:14-fj-00005-HE   Document 1-2   Filed 11/07/14   Page 2 of 2
Case 1:11-cv-01590-LTS-HBP   Document 493   Filed 11/05/14   Page 2 of 2

This Order resolves docket entry no. 485.

SO ORDERED.

Dated: New York, New York
November 5, 2014

LAURA TAYLOR SWAIN
United States District Judge

FROM: **BARCLAY DAMON** LLP

545 LONG WHARF DRIVE ~ NINTH FLOOR
NEW HAVEN, CONNECTICUT 06511

TO:

**BY HAND DELIVERY**

Clerk's Office
Richard C. Lee U.S. Courthouse
U.S. District Court
141 Church Street
New Haven, CT 06510